UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAEL CRUZ, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY            21-cv-10037 (JGK)
SITUATED,

              Plaintiff,            ORDER

    - against -

SHINESTY, INC.,
              Defendant.

---

JOHN G. KOELTL, District Judge:

The summons and complaint were served on the defendant on December 16, 2021. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was January 6, 2022.

The time to respond to the complaint is extended to **February 14, 2022**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant by **January 25, 2022**, and file proof of service by **January 28, 2022**.

SO ORDERED.
Dated:    New York, New York
          January 21, 2022

                                          John G. Koeltl
                                   United States District Judge