```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

SHAEL CRUZ, individually, and on
behalf of all others similarly                    21-cv-10037 (JGK)
situated,

              Plaintiffs,                     ORDER

     - against -

SHINESTY, INC.,
              Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for March 21, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
           March 17, 2022

                                              John G. Koeltl
                                      United States District Judge